**CEM**

**FILED
JANUARY 30, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

**08 C 656**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number:

ROGELIO ESCAMILLA,

v.

Berry Plastics Corporation d/b/a Tyco Plastics

**JUDGE NORGLE
MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROGELIO ESCAMILLA

| | |
|---|---|
| NAME (Type or print)<br>Robert M. Foote | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert M. Foote | |
| FIRM<br>FOOTE, MEYERS, MIELKE & FLOWERS, LLC | |
| STREET ADDRESS<br>28 North First Street, Suite 2 | |
| CITY/STATE/ZIP<br>Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03124325 | TELEPHONE NUMBER<br>(630) 232-6333 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |