**CEM**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 30, 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good
standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for
by Local Rules 83.12 through 83.14.

**08 C 656**

In the Matter of                                    Case Number:

ROGELIO ESCAMILLA,

v.

Berry Plastics Corporation d/b/a Tyco Plastics

**JUDGE NORGLE
MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROGELIO ESCAMILLA

| |
|---|
| NAME (Type or print)<br> Stephen W. Fung |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/  Stephen W. Fung |
| FIRM<br> FOOTE, MEYERS, MIELKE & FLOWERS, LLC |
| STREET ADDRESS<br> 28 North First Street, Suite 2 |
| CITY/STATE/ZIP<br> Geneva, IL 60134 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06289522 | TELEPHONE  NUMBER<br>(630) 232-6333 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ |