# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**JANUARY 30, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 656**

In the Matter of                                                                Case Number:

ROGELIO ESCAMILLA,

v.

Berry Plastics Corporation d/b/a Tyco Plastics

**JUDGE NORGLE**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROGELIO ESCAMILLA

| | |
|---|---|
| NAME (Type or print) <br> Ryan A. Blay | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ryan A. Blay | |
| FIRM <br> FOOTE, MEYERS, MIELKE & FLOWERS, LLC | |
| STREET ADDRESS <br> 28 North First Street, Suite 2 | |
| CITY/STATE/ZIP <br> Geneva, IL 60134 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06289073 | TELEPHONE NUMBER <br> (630) 232-6333 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐