## *United States District Court for the Northern District of Illinois*

Case Number:                          Assigned/Issued By:

Judge Name:                             Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00     ☐ $39.00     ☐ $5.00

                    ☐ IFP        ☐ No Fee     ☐ Other _____

                    ☐ $455.00

Number of Service Copies _____      Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____      Receipt #: _____

Date Payment Rec'd: _____      Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                           ☐ Alias Summons

☐ Third Party Summons           ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

                                                   _____

                                                   (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____
       (Type of Writ)

_____ Original and _____ copies on _____ as to _____

_____

_____