## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ROGELIO ESCAMILLA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO: 08 C 656 |
| | ) | |
| BERRY PLASTICS CORPORATION d/b/a | ) | **Judge Norgle** |
| TYCO PLASTICS | ) | **Magistrate Judge Valdez** |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT BERRY PLASTICS CORPORATION'S
### LOCAL RULE 3.2 DISCLOSURE STATEMENT

Defendant Berry Plastics Corporation, by its attorneys, pursuant to Rule 3.2 of the Local

Rules of the United States District Court for the Northern District of Illinois, makes the following

Disclosure Statement:

Defendant Berry Plastics Corporation was known as "Tyco Plastics" until February 16, 2006.

From February 16, 2006 until April 3, 2007, it was known as "Covalence Specialty Materials Corp."

On April 3, 2007, it became known as "Berry Plastics Holding Corporation," which name it held

until December 29, 2007, when it assumed its present name.  Berry Plastics Corporation's sole

shareholder is Berry Plastics Group, Inc., a closely-held corporation.


Dated: March 5, 2008                                    BERRY PLASTICS CORPORATION

                                                        By:  s/ Donald J. McNeil
                                                             One of Its Attorneys

Donald J. McNeil, #6193106
BARNES & THORNBURG, LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
312-357-1313
312-759-5646 (FAX)

Jonathan S. Harbuck (ASB-0906-U70J)*
THE KULLMAN FIRM
600 University Park Place, Suite 340
Birmingham, Alabama 35209
205-871-5858
205-871-5874 (FAX)

Attorneys for Defendant
Berry Plastics Corporation

*Pro Hac Vice Motion separately filed.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2008, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following:

Robert M. Foote, Esq.
Stephen W. Fung, Esq.
Ryan A. Blay, Esq.
FOOTE, MEYERS, MIELKE & FLOWERS, LLC
28 North First Street
Suite 2
Geneva, IL 60134

Kathleen C. Chavez
CHAVEZ LAW FIRM, P.C.
28 North First Street
Suite 2
Geneva, IL 60134

Peter L. Currie, Esq.
THE LAW FIRM OF PETER L. CURRIE, P.C.
536 Wing Street
St. Charles, IL 60174

/s/ Donald J. McNeil