IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROGELIO ESCAMILLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO: 08 C 656 |
| ) | |
| BERRY PLASTICS CORPORATION d/b/a ) | Judge Norgle |
| TYCO PLASTICS ) | Magistrate Judge Valdez |
| Defendant. ) | |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL

**COMES NOW** Defendant and moves to substitute its counsel of record as follows:

1. Jonathan S. Harbuck, Esq., admitted *pro hac vice*, has resigned from The Kullman Firm.

2. Defendant requests that F. Daniel Wood Jr., of The Kullman Firm, be substituted for Mr. Harbuck as one of its counsel of record in this action.

3. Contemporaneous with this motion, Mr. Wood has filed an Application for Leave to Appear Pro Hac Vice and submitted the appropriate fee.

4. Mr. Wood's contact information is as follows:

   F. Daniel Wood, Jr.
   The Kullman Firm
   600 University Park Place, Suite 340
   Birmingham, Alabama  35209
   205-871-5858 (t)
   205-871-5874 (f)
   fdw@kullmanlaw.com

**WHEREFORE, PREMISES CONSIDERED,** Defendant moves to remove Jonathan S. Harbuck as counsel of record, and to substitute F. Daniel Wood Jr. as counsel of record.

        <u>s/ Donald J. McNeil</u>
One of the Attorneys for Defendant
Berry Plastics Corporation


Donald J. McNeil, #6193106
BARNES & THORNBURG, LLP
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
312-357-1313
312-759-5646 (FAX)

F. Daniel Wood Jr. (ASB-6822-D65F)*
THE KULLMAN FIRM
600 University Park Place, Suite 340
Birmingham, Alabama 35209
205-871-5858
205-871-5874 (FAX)


*Application for Leave to Appear Pro Hac Vice separately filed.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Robert M. Foote, Esq.
    Stephen W. Fung, Esq.
    Ryan A. Blay, Esq.
    FOOTE, MEYERS, MIELKE & FLOWERS, LLC
    28 North First Street
    Suite 2
    Geneva, IL 60134

    Kathleen C. Chavez
    CHAVEZ LAW FIRM, P.C.
    28 North First Street
    Suite 2
    Geneva, IL 60134

    Peter L. Currie, Esq.
    THE LAW FIRM OF PETER L. CURRIE, P.C.
    536 Wing Street
    St. Charles, IL 60174

                                      s/ Donald J. McNeil