

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 656 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Escamilla vs. Berry Plastics | | |

**DOCKET ENTRY TEXT**

Defendant's Motion to Substitute Counsel [17] is granted.

*/s/ Charles R. Norgle*

Docketing to mail notices.

| | | Courtroom Deputy Initials: | |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL -7 PM 4:47
FILED-ED